IN THE SUPREME COURT OF THE STATE OF MONTANA

IN RE AMENDMENT OF RULE 20(b),     )
MONTANA RULES OF APPELLATE         )     O R D E R
PROCEDURE                          )

**FILEI**

NOV 09 2000

*Ed Smith*
CLERK CF SUPREME COL
STATE OF MONTANA

This Court has determined that it is necessary to amend Rule 20(b) of the Rules of

Appellate Procedure to require service of appeal briefs on the Attorney General's office in

termination of parental rights and abused, dependent or neglected children cases.

Accordingly, pursuant to the authority granted this Court by Article VII, Section 2(3) of the

Montana Constitution,

IT IS HEREBY ORDERED that the following underlined language is added

amending Rule 20(b) of the Rules of Appellate Procedure; such amendments shall be

effective *Jan. 1st*, 200*1*,

> (b) Service of all papers required. . . . In criminal cases appealed by the
> defendant and in appeals relating to termination of parental rights and abused,
> dependent or neglected children cases, all transcripts, briefs, motions, and
> other papers shall be served on both the county attorney and the attorney
> general.

IT IS FURTHER ORDERED that the Clerk of this Court is directed to provide copies

of this Order to Greg Petesch, Code Commissioner, Legislative Services Division; to The District

Court Judges of the State of Montana; to each Clerk of the District Court of the State of Montana;

to James H. Goetz, Chair of the Advisory Commission on Rules of Civil and Appellate Procedure;

to the Division of Child and Family Services of the Montana Department of Public Health and

Human Services; to George Bousliman, Executive Director of the State Bar of Montana, with

a request that this order be published in the next available issue of the *Montana Lawyer*, and

be posted on the State Bar of Montana web cite (www.montanabar.org); to the Judith Meadows, State Law Librarian, with the request that she post this order on the Montana Law Library web cite (www.lawlibrary.state.mt.us); to West Group; to State Reporter Publishing Company; and to the Office of the Attorney General.

DATED this 7th day of November, 2000.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

2